IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| TONY LAMONT JONES, | ) | Civil Action No. 7:12cv00496 |
|---|---|---|
| Petitioner, | ) | |
| | ) | **2241 MEMORANDUM OPINION** |
| v. | ) | |
| WARDEN C. ZYCH, | ) | By: Samuel G. Wilson |
| Respondent. | ) | United States District Judge |

This is a petition by Tony Lamont Jones pursuant to 28 U.S.C. § 2241 claiming that the United States Penitentiary in Lee County, despite Jones' repeated requests, has failed to correct his institutional records, which has prevented his release from custody. In 1997, the United States District Court for the Eastern District of Virginia sentenced Jones to two concurrent life sentences. Jones prepared an "instrument" in the amount of $8,202,628.02, which he claims to have mailed to the Clerk of the United States District Court for the Eastern District of Virginia. Jones seems to believe that this instrument had the effect of canceling his sentence. Unlike the instrument Jones previously prepared, Jones actually paid five dollars in United States currency as his filing fee in this case. Apparently, Jones, not unlike the officials at his institution, is skeptical about the efficacy of his financial instruments. In any event, Jones has not stated a plausible claim to relief, and the court dismisses his petition.

**ENTER**: November 26, 2012.

UNITED STATES DISTRICT JUDGE