CLERK'S OFFICE U.S. DIST. COURT
AT          VA

NOV 26 2012

JUL[...]         CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TONY LAMONT JONES, | ) | Civil Action No. 7:12cv00496 |
| | ) | |
| Petitioner, | ) | |
| | ) | **2241 FINAL ORDER** |
| v. | ) | |
| | ) | |
| WARDEN C. ZYCH, | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |
| Respondent. | ) | |

In accordance with the court's memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that Jones' petition pursuant to 28 U.S.C. § 2241 is **DISMISSED** without prejudice, and the case is hereby **STRICKEN** from the court's active docket. Further, finding that Jones has failed to make the requisite substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

**ENTER**: November 26, 2012.

/s/
UNITED STATES DISTRICT JUDGE